# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| OLIVER J. HIGGINS,<br><br>            Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT<br>OF JUSTICE, *et al.*,<br><br>            Defendants. | Civil Action No. 10-1485 (RLW) |

## MEMORANDUM OPINION

The defendants filed a renewed motion for summary judgment [ECF No. 36] on March 21, 2013. The Court advised the plaintiff of his obligation under the Federal Rules of Civil Procedure and the local rules of this Court to respond to the motion, and specifically warned the plaintiff that, if he did not respond to the motion by April 26, 2013, the Court would treat the motion as conceded. To date, the plaintiff neither has filed an opposition nor has requested more time to do so. Accordingly, the Court will treat the defendants' motion as conceded.

With this ruling, no issues remain for the Court's resolution, and final judgment will be entered in favor of the defendants. An Order accompanies this Memorandum Opinion.

DATE:    May 14, 2013

                                                    ROBERT L. WILKINS<br>
                                                    United States District Judge